```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

AUG 14 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. MERMIS, <br><br> Defendant. | NO. CR19-151 JCC <br><br> INFORMATION (Felony) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
**(Serving as Airman without Airman's Certificate)**

On or about July 6, 2017, in Kent, within the Western District of Washington, the defendant, JOHN E. MERMIS, did knowingly and willfully serve in the capacity of an airman, that is, a pilot in command of a civil or private aircraft without having in effect an airman's certificate issued by the Administrator of the FAA authorizing him to serve in that capacity, in that the defendant operated and flew a Cessna Model 172N, bearing

//
//
//
//
//

INFORMATION/MERMIS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  U.S. tail number N76046, at Crest Airpark located in Kent Washington, without having a
2  valid FAA airman's certificate to do so.
3       All in violation of Title 49, United States Code, Section 46306(b)(7).
4       DATED this 14th day of August, 2019.

BRIAN T. MORAN
United States Attorney

KATHERYN FRIERSON
Assistant United States Attorney

JOSEPH C. SILVIO
Special Assistant United States Attorney

INFORMATION/MERMIS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970